IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR COMMUNITY AFFILIATED PLANS, ET AL., <br>   Plaintiffs, <br> v. <br> UNITED STATES DEPARTMENT OF TREASURY, ET AL., <br>   Defendants. | No. 1:18-cv-02133, Hon. Richard J. Leon |

**MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN HEART ASSOCIATION, AMERICAN LUNG ASSOCIATION, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, GLOBAL HEALTHY LIVING FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA & LYMPHOMA SOCIETY, MARCH OF DIMES FOUNDATION, NATIONAL COALITION FOR CANCER SURVIVORSHIP, AND NATIONAL MULTIPLE SCLEROSIS SOCIETY AS AMICI CURIAE SUPPORTING MOTION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| JAMES R. SIGEL* <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94105 | JOSEPH R. PALMORE <br> (D.C. BAR #: 465811) <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Avenue N.W. <br> Washington, D.C. 20006 |
| * *pro hac vice* motion pending | *Counsel for Amici Curiae* |

Proposed amici curiae, a group of organizations representing millions of patients and consumers across the country facing serious, acute, and chronic health conditions, respectfully move this Court under Local Civil Rule 7(o) for leave to file the attached amicus curiae brief in support of Plaintiffs' motion for preliminary injunction in the above-captioned case. The proposed brief is attached to this Motion.

1.  The Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). An amicus brief should "'normally be allowed" where, as here, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

2.  Proposed amici have a unique perspective on what individuals and families need to prevent disease, manage health, and cure illness. They are all deeply concerned that the short-term, limited-duration insurance rule will cause many individuals to be unable to access the medical care they need. Proposed Amici's brief is intended to assist the court in understanding the nature and extent of this harm.

3.  Proposed amici are the following groups:

a.  The American Cancer Society (ACS) is a nationwide, community-based voluntary health organization dedicated to eliminating cancer as a major health problem, with a global network of two million volunteers. ACS's extensive scientific findings have established that health insurance status is strongly linked to medical outcomes and that lack of adequate insurance coverage is a major impediment to advancing the fight against cancer. Along with its nonpartisan advocacy affiliate American Cancer Society Cancer Action Network (ACS CAN), which has over a million patient and survivor advocates nationwide, ACS seeks to secure affordable, adequate, and accessible health insurance for all Americans.

Proposed amici curiae, a group of organizations representing millions of patients and consumers across the country facing serious, acute, and chronic health conditions, respectfully move this Court under Local Civil Rule 7(o) for leave to file the attached amicus curiae brief in support of Plaintiffs' motion for preliminary injunction in the above-captioned case. The proposed brief is attached to this Motion.

1. The Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). An amicus brief should "'normally be allowed" where, as here, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

2. Proposed amici have a unique perspective on what individuals and families need to prevent disease, manage health, and cure illness. They are all deeply concerned that the short-term, limited-duration insurance rule will cause many individuals to be unable to access the medical care they need. Proposed Amici's brief is intended to assist the court in understanding the nature and extent of this harm.

3. Proposed amici are the following groups:

a. The American Cancer Society (ACS) is a nationwide, community-based voluntary health organization dedicated to eliminating cancer as a major health problem, with a global network of two million volunteers. ACS's extensive scientific findings have established that health insurance status is strongly linked to medical outcomes and that lack of adequate insurance coverage is a major impediment to advancing the fight against cancer. Along with its nonpartisan advocacy affiliate American Cancer Society Cancer Action Network (ACS CAN), which has over a million patient and survivor advocates nationwide, ACS seeks to secure affordable, adequate, and accessible health insurance for all Americans.

  b. The American Heart Association (AHA) is a voluntary health organization that, since 1924, has been devoted to saving people from heart disease and stroke—the first and fifth leading causes of death in the United States.  AHA and its more than 40 million volunteers work to fund innovative research, fight for stronger public health policies, and provide lifesaving tools and information to prevent and treat these diseases.  Based on well-documented research that uninsured and under-insured Americans with heart disease and stroke experience higher mortality rates, poorer blood pressure control, greater neurological impairments, and longer hospital stays after a stroke, AHA has worked to represent the needs and interests of heart disease and stroke patients and advocated making health care more affordable.

  c. The American Lung Association (ALA) is the nation's oldest voluntary health organization, representing the 33 million Americans with lung disease in all 50 states and the District of Columbia. Because people with or at risk for lung cancer and lung diseases—such as asthma, Chronic Obstructive Pulmonary Disease (COPD) and pulmonary fibrosis—need quality and affordable health care to prevent or treat their disease, ALA strongly supports increasing access to health care.

  d. The mission of the Cystic Fibrosis Foundation (CFF) is to cure cystic fibrosis and to provide all people with the disease the opportunity to lead full, productive lives by funding research and drug development, promoting individualized treatment, and ensuring access to high-quality, specialized care. The CFF advocates for policies that promote affordable, adequate, and available health care coverage for people with cystic fibrosis.

  e. The Epilepsy Foundation is the leading national voluntary health organization that speaks on behalf of more than 3.4 million Americans with epilepsy and seizures. Uncontrolled seizures can lead to disability, injury, and even death. Epilepsy medications are the most common and most cost-effective treatment for controlling and/or reducing seizures—making timely access to quality, affordable, physician-directed care and effective coverage for epilepsy medications critically vital for people living with epilepsy.

  f. The Global Healthy Living Foundation (GHLF) and its arthritis community CreakyJoints®, is a non-profit foundation representing people with chronic disease, including arthritis, migraine, cardiovascular disease, psoriasis, inflammatory bowel disease and osteoporosis. GHLF advocates for improved access to care at the community, state, and federal levels, and amplifies its education and support services through its popular CreakyChats Twitter with an average of 6 million impressions and CreakyJoints Facebook feeds.  GHLF is also a staunch advocate for vaccines.  The organization further represents patients through its ArthritisPower patient-reported outcomes research registry, and its 50-State Network of patient advocates.

  g. The Hemophilia Federation of America (HFA) is a community-based, grassroots advocacy organization that assists, educates, and advocates for people with hemophilia, von Willebrand disease, and other rare bleeding disorders.  HFA works for patient access to quality and affordable care and coverage—priorities that reflect the nature of bleeding disorders as

serious, life-long, and expensive health conditions. Quality and affordable healthcare coverage is indispensable for people living with bleeding disorders.

  h. The Leukemia & Lymphoma Society (LLS) is the world's largest voluntary health agency dedicated to fighting blood cancer and ensuring that the more than 1.3 million blood cancer patients and survivors in the United States have access to the care they need. The significant costs associated with essential blood cancer treatments—particularly hospitalization, stem cell transplantation, and anti-cancer drug therapies—put even routine cancer care out of reach for those patients without comprehensive and stable health insurance. LLS and its network of more than 100,000 advocacy volunteers promote policies that ensure access to quality insurance coverage and reduce barriers to vital cancer care.

  i. March of Dimes is a nonprofit organization that leads the fight for the health of all moms and babies. March of Dimes educates medical professionals and the public about best practices, supports lifesaving research, provides comfort and support to families in neonatal intensive care units, and advocates for moms and babies. Ensuring that pregnant women and their children have access to timely, affordable, and high-quality healthcare is essential to achieving its goals.

  j. The National Coalition for Cancer Survivorship (NCCS) is a national organization that advocates for access to quality care for survivors of all forms of cancer. The cancer survivors represented by NCCS have a pre-existing condition from the day of diagnosis and rely on affordable and adequate health insurance.

  k. The National Multiple Sclerosis Society (NMSS) mobilizes people and resources so that everyone affected by multiple sclerosis (MS) can live their best lives, while also seeking to end MS forever. To fulfill this mission, the NMSS funds more MS research and provides more programs for people with MS and their families than any other voluntary health organization in the world. The NMSS works to ensure that all people with MS have access to affordable high quality health care.

  4. All parties have consent to the filing of this amicus curiae brief.

4

For the foregoing reasons, proposed amici respectfully request that the Court enter the attached Proposed Order granting leave to file the attached brief.

Dated: October 8, 2018

Respectfully submitted,

/s/_____

JAMES R. SIGEL*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

JOSEPH R. PALMORE
(D.C. BAR #: 465811)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue N.W.
Washington, D.C. 20006

\* *pro hac vice* motion pending

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2018, I filed this Motion with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

Dated: October 8, 2018                      Respectfully submitted,

                                                   /s/_____
                                                   JOSEPH R. PALMORE
                                                   (D.C. BAR #: 465811)
                                                   MORRISON & FOERSTER LLP
                                                   2000 Pennsylvania Avenue N.W.
                                                   Washington, D.C.  20006

                                                   *Counsel for Amici Curiae*