UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION FOR COMMUNITY AFFILIATED PLANS, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| UNITED STATES DEPARTMENT OF TREASURY, *et al.*, ) ) ) | Civil Case No. 18-2133 (RJL) |
| Defendants. ) ) | |

**ORDER**
(July **18**, 2019) [Dkt. ## 39, 40]

**FILED**
JUL 1 9 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. # 39] is **DENIED** and defendants' Motion for Summary Judgment [Dkt. # 40] is **GRANTED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge