**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION FOR COMMUNITY AFFILIATED PLANS, NATIONAL ALLIANCE ON MENTAL ILLNESS, MENTAL HEALTH AMERICA, AMERICAN PSYCHIATRIC ASSOCIATION. AIDS UNITED, THE NATIONAL PARTNERSHIP FOR WOMEN & FAMILIES, LITTLE LOBBYISTS, LLC<br><br>            *Plaintiffs*,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, U.S. DEPARTMENT OF LABOR, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES, PATRICK PIZZELLA, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF LABOR, STEVEN MNUCHIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, UNITED STATES OF AMERICA<br><br>            *Defendants*. | Civil Action No. 18-2133 |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the District of Columbia Circuit from an order granting defendants' motion for summary judgment and denying plaintiffs' motion for summary judgment, entered in this action on the 19th day of July, 2019.

Respectfully submitted,

Dated: July 29, 2019

/s/ *Andrew J. Pincus*
Andrew J. Pincus (D.C. Bar No. 370762)
Charles Rothfeld (D.C. Bar No. 367705)
Ankur Mandhania[*] (CA Bar No. 302373)
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Karen W. Lin[**] (NY Bar No. 4827796)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

---

[*] Member of the California Bar only. Not admitted in the District of Columbia. Practicing under the supervision of firm principals.

[**] Member of the New York Bar only. Not admitted in the District of Columbia. Practicing under the supervision of firm principals.